UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christian S. Strong, et al.,

    Plaintiffs,

v.

U-Haul Co. of Massachusetts, Inc.,
et al.,

    Defendants.

Case No. 1:03-cv-00383

Judge Michael H. Watson

## ORDER

This matter is before the Court on plaintiffs' motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure. Plaintiffs' Rule 50 motion seeks judgment as a matter of law in plaintiffs' favor on their failure to warn claim. The Court finds, however, that when all reasonable inferences are drawn in favor of defendants, a reasonable jury could find for defendants with respect to plaintiffs' failure to warn claim. Accordingly, plaintiffs' motion for judgment as a matter of law (Doc. 458) is **DENIED**.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT