IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN S. STRONG, et al., | : | |
| | : | Case No. 1:03-CV-383 |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | Judge Timothy S. Black |
| | : | Magistrate Judge Timothy S. Hogan |
| U-HAUL CO. OF | : | |
| MASSACHUSETTS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Joint Motion for Stay is GRANTED, and the Court STAYS any enforcement of its Decision and Entry Imposing Sanctions Against Attorneys for Defendant, U-Haul Co. of Massachusetts and Ohio, Inc., entered October 1, 2010 (Doc. #558) (the "Sanctions Order"). The stay will remain in effect until all opportunities to appeal the Sanctions Order, including an appeal to the United States Supreme Court, if necessary, have been fully exhausted.

IT IS SO ORDERED

Date: 11/2/10

Timothy S. Black
United States District Judge